IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH POLICITAL WATCH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEXA MUSSELMAN, et al.,<br><br>    Defendants. | ORDER OF RECUSAL<br><br>Case No. 2:25-cv-50-AMA<br><br>District Judge Ann Marie McIff Allen |

  I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

  DATED this 24rd day of January 2025.

                BY THE COURT:

                _____
                Ann Marie McIff Allen
                United States District Judge