# Exhibit 15

**From:** Jeff Parrott <jparrott@sltrib.com>
**Date:** Monday, September 9, 2024 at 8:00 AM
**To:** Aundrea Peterson <aundreapeterson@le.utah.gov>, Alexa Musselman <amusselman@le.utah.gov>
**Subject:** Schott press pass

Aundrea and Alexa,

As you both likely already know, Bryan Schott no longer works at The Salt Lake Tribune.

Journalists share what media organization they are working for when applying for the credentials, and I know the news outlet is printed on the pass.

I am unsure how this impacts his press pass, but I wanted you both to be aware that he no longer represents The Tribune.

Please email or call with any questions. Appreciate you both.

Jeff