Charles Miller (admitted *pro hac vice*)
Courtney Corbello (admitted *pro hac vice*)
**INSTITUTE FOR FREE SPEECH**
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
Tel: (202) 985-1644
Fax: (202) 301-3399
Email: cmiller@ifs.org
Email: ccorbello@ifs.org

Robert P. Harrington (12541)
**KUNZLER BEAN & ADAMSON, PC**
50 W Broadway, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
Email: rharrington@kba.law

*Attorneys for Plaintiffs Utah Political Watch, Inc., and Bryan Schott*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UTAH POLITICAL WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> ALEXA MUSSELMAN, et al.; <br><br> Defendants. | **JOINT MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDA** <br><br> Case No. 2:25-cv-00050-RJC-CMR <br><br> Hon. Robert J. Shelby <br><br> Hon. Cecilia M. Romero |

Pursuant to DUCivR7-1(a)(7), the Parties respectfully request that the Court grant them leave to file 40-page or 12,400-word motion / response, and a 20-page or 6,200-word reply in connection with Plaintiffs' forthcoming amended motion for preliminary injunction. These lengths exceed the limits set by Local Rule 7-1(a)(4)(C)(i)-(ii). However, the requested lengths are consistent with those for summary judgment motions set by Local Rule 7-1(a)(4)(B)(i)-(ii).

Good cause exists to grant the motion. The Court is aware of the facts of this case, and has requested more thorough briefing of the issues, necessitating this motion. The original motion and

opposition memoranda already approached the ordinary limits for Rule 65 motions. This Court recently granted a motion for leave to file a 50-page brief in another First Amendment case seeking a preliminary injunction. *NetChoice, LLC v. Reyes*, No. 2:23-cv-00911-RJS-CMR (D. Utah Dec. 20, 2023) (Dkts. 5, 17).

For the foregoing reasons, the parties request leave to file up to 40-page or 12,400-word amended preliminary injunction motion / response, and a 20-page or 6,200-word reply.

DATED: February 12, 2025.

**INSTITUTE FOR FREE SPEECH**
*/s/ Charles Miller*
Charles Miller (admitted *pro hac vice*)
Courtney Corbello (admitted *pro hac vice*)

**KUNZLER BEAN & ADAMSON, PC**
Robert P. Harrington

*Attorneys for Plaintiffs Utah Political Watch, Inc., and Bryan Schott*

**CONSOVOY MCCARTHY PLLC**
*/s/ Tyler Green*
Tyler Green
Daniel Vitagliano (admitted *pro hac vice*)
Julius Kairey (admitted *pro hac vice*)

**OFFICE OF LEGISLATIVE RESEARCH AND GENERAL COUNSEL**
Victoria Ashby
Christine Gilbert

*Attorneys for Defendants*