Tyler R. Green (Utah Bar No. 10660)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
Attorney for Defendants Alexa Musselman,
Aundrea Peterson, Abby Osborne, and Mark Thomas

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH - CENTRAL DIVISION**

| | |
|---|---|
| UTAH POLITICAL WATCH, INC., and BRYAN SCHOTT,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEXA MUSSELMAN, Utah House of Representatives Communications Director and Media Liaison Designee; AUNDREA PETERSON, Utah Senate Deputy Chief of Staff and Media Liaison Designee; ABBY OSBORNE, Utah House of Representatives Chief of Staff; and MARK THOMAS, Utah Senate Chief of Staff, in their official and individual capacities;<br><br>*Defendants*. | **Joint Motion to Suspend Briefing Schedule on Plaintiffs' Amended Motion for Preliminary Injunction**<br><br>Case No. 2:25-cv-00050-RJS-CMR<br><br>Hon. Robert J. Shelby<br>Hon. Cecilia M. Romero |

On February 26, 2025, Plaintiffs filed an amended motion for preliminary injunction. *See* ECF No. 37. Also pending before the Court is a fully briefed short form discovery motion to resolve the parties' disagreement over whether depositions should be taken in connection with that renewed motion. *See* ECF Nos. 38, 39.

The resolution of the short form discovery motion could alter the substantive content of the parties' remaining briefs on Plaintiffs' amended motion for preliminary injunction. But under the default schedule, without an order from this Court, Defendants' brief in opposition to Plaintiffs' renewed motion is due on Wednesday, March 12, 2025.

1

So to avoid incurring unnecessary attorney's fees, the parties agree—and respectfully ask the Court to order—that the briefing deadlines for Defendants' opposition brief to the renewed motion for preliminary injunction and for Plaintiffs' reply brief should be suspended pending the Court's resolution of the short form discovery motion.

A proposed order consistent with this stipulation is filed herewith.

Dated: March 10, 2025                                                     Respectfully submitted,

*/s/ Charles M. Miller*                                                        */s/ Tyler Green*
Charles Miller (admitted pro hac vice)                          Tyler Green (Utah Bar No. 10660)
Institute for Free Speech                                              CONSOVOY MCCARTHY PLLC
1150 Connecticut Ave., NW, Suite 801                       222 S. Main Street, 5th Floor
Washington, D.C. 20036                                             Salt Lake City, UT 84101
(202) 985-1644                                                              (703) 243-9423
cmiller@ifs.org                                                               tyler@consovoymccarthy.com

*Attorney for Plaintiffs*                                                 *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of March 2025, I electronically filed the foregoing Joint Motion to Suspend Briefing Schedule on Plaintiffs' Amended Motion for Preliminary Injunction using the Court's CM/ECF filing system.

/s/ Tyler R. Green
