IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH POLITICAL WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEXA MUSSELMAN, et al., <br><br> Defendants. | **SCHEDULING ORDER** <br><br> Case No. 2:25-cv-00050-RJS-CMR <br> District Judge Robert J. Shelby <br> Magistrate Judge Cecilia M. Romero |

Having considered the parties' joint motion for scheduling order (Motion) (ECF 44), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the following matters are scheduled.

- Depositions:
    - Defendants will depose Plaintiff Schott and Ms. Morrell on March 27.
    - Plaintiffs will depose Defendants Peterson and Musselman on April 11.
- Motion to dismiss:
    - Defendants' motion shall be filed on or before April 8;
    - Plaintiffs' brief in opposition shall be filed on or before April 29; and
    - Defendants' reply shall be filed on or before May 13.
- Amended motion for preliminary injunction:
    - Defendants' brief in opposition shall be filed on or before April 25;
    - Plaintiffs' reply brief shall be filed on or before May 9; and
    - Defendants' sur-reply (if leave is granted) shall be filed May 16.

The court further orders that the deposition of Defendant Musselman shall be limited to 3 hours.

DATED this 20 March 2025.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah