IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH POLITICAL WATCH, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXA MUSSELMAN, et al.,<br><br>Defendants. | **ORDER GRANTING [48] MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT**<br><br>Case No. 2:25-cv-00050-RJS-CMR<br>District Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

Having considered Plaintiffs' Motion for Leave to File a Supplemental Exhibit (Motion) (ECF 48), Exhibit 14, related to Plaintiffs' Amended Motion for Preliminary Injunction (ECF 37), and for good cause appearing, the court hereby GRANTS the Motion and Orders that Plaintiffs are to separately file the proposed Exhibit 14 in accordance with the local rules related to exhibits that cannot be electronically filed.

DATED this 25 March 2025.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah