IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Utah Political Watch et al ,<br><br>Plaintiffs,<br><br>vs.<br><br>Alex Musselman et al,<br><br>Defendants. | ORDER OF RECUSAL<br><br>Case No. 2:25-cv-0050 RJS |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this 15th day of September, 2026.

BY THE COURT:

Robert J. Shelby
United States District Judge